UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NATIONAL LIABILITY & FIRE INSURANCE COMPANY,

                    Plaintiff,

-against-

MAYER ITZKOWITZ, YEHUDA ITZKOWITZ, BENJAMIN ITZKOWITZ, AARON ITZKOWITZ and JOSEPH ITZKOWITZ, Infants by their Mother and Natural Guardian, SHERON ITZKOWITZ, SHERON ITZKOWITZ, Individually, ASHER COMPTON, MOSHE COMPTON, and ADINA COMPTON, Infants by their Mother and Natural Guardian, BLEEME COMPTON, and BLEEME COMPTON, Individually, AVROHOM HERSHKOWITZ, an Infant by his Father and Natural Guardian, YOSEF HERSHKOWITZ, and YOSEF HERSHKOWITZ, Individually, THE NEW YORK STATE THRUWAY AUTHORITY CORPORATION, AMY LYNN SIMON d/b/a STONEY RIDGE TOP SOIL, AMY L. SIMON-HOEY, JOHN S. HOEY, VILLAGER CONSTRUCTION, INC., MAX ITZKOWITZ, YOSEF D. COMPTON, and MADISON TITLE AGENCY, LLC,

                    Defendants.
------------------------------------------------------------------X

CASE NO.: CV 12-345
(ILG/CLP)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Ignatius John Melito, Esq. of Melito & Adolfsen P.C., with offices located at 233 Broadway, 10th Floor, New York, New York 10279-0118, Tel. No.: (212) 238-8900, appears as counsel for Plaintiff National Liability & Fire Insurance Company in the captioned action.

Dated: New York, New York
       April 4, 2012

                                  MELITO & ADOLFSEN P.C.

                     By: _____
                                  S. Dwight Stephens (SS 2161)
                                  Ignatius John Melito (IM 2654)
                                  233 Broadway – 10th Floor
                                  New York, New York 10279
                                  (212) 238-8900

93886/1420/17

## CERTIFICATE OF SERVICE

I hereby certify that on April  , 2012, a copy of the foregoing Plaintiff's NOTICE OF APPEARANCE was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service upon the following parties:

Harry Rothenberg, Esq.
The Law Firm of Allen L. Rothenberg
450 Seventh Avenue – 11th Flr.
New York, NY  10123
Email:  harry@injurylawyer.com

Gil Winokur, Esq.
Law Office of Herschel Kulefsky
111 John Street – Suite 1230
New York, NY  10038
Email: kulefsky@usa.net

John Kondulis, Esq.
James G. Bilello & Associates
875 Merrick Avenue
Westbury, NY  11590
Email:  jkondulis@geico.com

Amy Lynn Simon d/b/a Stoney Ridge Top Soil
Amy Lynn Simon-Hoey
John S. Hoey
176 Nine Mile PT RD
Oswego, New York 13116

Shelley R. Halber, Esq.
Rubin, Fiorella & Friedman LLP
292 Madison Avenue, 11th Floor
New York, New York 10017
Email:  shalber@rubinfiorella.com

Scott Eisenberg, Esq.
Lewis Johs Avallone Aviles, LLP
425 Broadhollow Road – Suite 400
Melville, NY  11747-4712
Email: speisenberg@lewisjohs.com

Joel Graber, Esq.
Special Litigation Counsel
Litigation Bureau
N.Y. State Attorney General's Office
120 Broadway – 24th Floor
New York, NY  10271-0332
Email:  joel.graber@ag.ny.gov

*(signature)*

MELITO & ADOLFSEN P.C.
*Attorneys for Plaintiff National Liability & Fire Insurance Company*
233 Broadway, Suite 1010
New York, New York 10279
(212) 238-8900
By:  S. Dwight Stephens (SS 2161)