# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: CV 12-345

Date Filed: 2/15/2012

Plaintiff:
**NATIONAL LIABILITY & FIRE INSURANCE COMPANY,**
vs.
Defendant:
**MAYER ITZKOWITZ, et al**

For:
Melito & Adolfsen, P.C.
233 Broadway - 28th Floor
Woolworth Building
New York, NY 10279-0118

Received these papers to be served on **YOSEF HERSHKOWITZ, 801 LEXINGTON AVENUE, APT. 1C, LAKEWOOD, NJ 08701.**

I, Manny Bayo, being duly sworn, depose and say that on the **23rd day of April, 2012 at 4:50 pm, I:**

**Affixed** a true copy of the **AMENDED Summons In A Civil Action, AMENDED Interpleader Complaint, Individual Rules of Senior Judge I. Leo Glasser and Magistrate Judge Cheryl L. Pollak** to the door of said premises, the same being the above named Individual's last known address per the Attorney. Deponent additionally served by depositing a copy of the said Documents in a postpaid envelope bearing the words "Personal & Confidential" by First Class Mail on 04/26/2012 in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
MILITARY STATUS: Based upon my inquiry of the defendant with the neighbor "John Doe" (refused name), it is believed that the within named party is not in the service of The United States of America.
INSTRUCTED PER THE ATTORNEY TO POST DOCUMENT.
Attempted service, no answer: 4/18/2012 @ 07:51 am, 04/19/2012 @ 08:50 pm, 04/20/2012 @ 05:41 pm & 04/23/2012 @ 04:25 pm

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 30th day of April, 2012 by the affiant, who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2012

Manny Bayo
Process Server

Our Job Serial Number: CSU-2020103465
Ref: 1420/17