US MAGISTRATE JUDGE CHERYL L. POLLAK       DATE: 5/14/12

TIME SPENT: _____

DOCKET NO. 12 CV 345

CASE: National Liability v. Itzkowitz

- [✓] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/STATUS CONFERENCE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED       5/29 DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Discovery schedule set - see attached
Mandatory disclosures 5/29
Parties to exchange discovery requests by 6/11; responses 7/9
Depositions to proceed
Conference 8/9 at 10:00

## INITIAL CONFERENCE QUESTIONNAIRE

1. Date of completion of automatic disclosures required by Rule 26(a) (1) 114 days of the Federal Rules of Civil procedure, if not yet made: **05/29/12**.

2. If additional interrogatories beyond the 25 permitted under the Federal Rules are needed, the maximum number of: plaintiff(s)____ and defendant(s)_____.

3. Maximum number of requests for admission by: plaintiff(s) **25** and defendant(s) **25.**

4. Number of depositions by plaintiff(s) of: parties____ non-parties____.
   **Maximum of 10 depositions. Depositions of defendant parties who have previously been deposed in the state court actions are limited to three hours each.**

5. Number of depositions by defendant(s) of: parties **7** non-parties **5**.
   **Maximum of 10 depositions. Depositions of defendant parties who have previously been deposed in the state court actions are limited to three hours each.**

6. Time limits for depositions **7 hours for non-party depositions and for depositions of parties who have not previously been deposed in the state court actions.**

7. Date for completion of factual discovery: **11/01/12.**

8. Number of expert witnesses of plaintiff(s): medical **n/a** non-medical **0**.
   Date for expert report(s): **12/01/12**

9. Number of expert witnesses of defendant(s): medical **n/a** non-medical **2** for the **Itzkowitz/Compton/Herskowitz defendants.**
   Date for expert report(s): **01/01/13**.
   Date for Plaintiff's Rebuttal Expert reports: **01/15/13**.

10. Date for completion of expert discovery: **02/01/13.**

11. Time for amendment of the pleadings by plaintiff(s) **8/01/12** or by defendant(s) **8/01/12**

12. Number of proposed additional parties to be joined by plaintiff(s) **0** and by defendant(s) **0** and time for completion of joinder_____.

13. Types of contemplated dispositive motions: plaintiff(s): **Summary Judgment.**
    defendant(s): **Summary Judgment.**

14. Dates for filing dispositive motions: plaintiff(s): **03/01/13.**
    defendant(s): **03/01/13.**

15. Does any party object to having this case included in the Court's Electronic Case Filing program: No objection **X** Objection by plaintiff_____ by defendant____.

16. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636 (c)? (Answer no if any parties decline to consent without indicating which parties have declined.) Yes____ No **X**.

94607