AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

NATIONAL LIABILITY & FIRE INSURANCE CO. )
*Plaintiff* )
v. ) Case No. 1.12-CV-00345 (ILG)(CLP)
MAYER ITZKOWITZ, ET. AL. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOSEPH ITZKOWITZ (infant) by his mother and natural guardian SHERON ITZKOWITZ

Date:   08/10/2012

*Attorney's signature*

HARRY ROTHENBERG (HR6795)
*Printed name and bar number*

The Law Firm of Allen L. Rothenberg
450 Seventh Avenue, Eleventh Floor
New York, New York 10123

*Address*

Harry@InjuryLawyer.Com
*E-mail address*

(212) 563-0100
*Telephone number*

(212) 629-6813
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2012, a copy of the foregoing **APPEARANCE OF COUNSEL** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service upon the following parties:

| | |
|---|---|
| **MELITO & ADOLFSEN P.C.**<br>Attorneys for Plaintiff<br>**National Liability & Fire Insurance Company**<br>233 Broadway, Suite 1010<br>New York, New York 10279<br>Attn: S. Dwight Stephens, Esq.<br>E-mail: sds@melitoadolfsen.com | **LAW OFFICE OF<br>HERSCHEL KULEFSKY**<br>Attorneys for Defendants<br>**Compton & Hershkowitz**<br>111 John Street, Suite 1230<br>New York, New York 10038<br>Attn: Gil Winokur, Esq.<br>E-mail: kulefsky@usa.net |
| **N.Y. STATE ATTORNEY GENERAL'S OFFICE**<br>Litigation Bureau<br>Attorneys for Defendants<br>**The New York State Thruway Authority Corp.**<br>120 Broadway, 24th Floor<br>New York, New York 10271-0332<br>Attn: Joel Graber, Esq., Special Litigation Counsel<br>E-mail: joel.graber@ag.ny.gov | **SMITH MAZURE DIRECTOR WILKINS<br>YOUNG & YAGERMAN, P.C.**<br>Attorneys for Defendants<br>**SIMON/HOEY/STONEY RIDGE TOP SOIL**<br>111 John Street, 20th Floor<br>New York, New York 10038<br>Attn: Anne P. Eccher, Esq.<br>E Mail : aeccher@smithmazure.com |
| **RUBIN FIORELLA & FRIEDMAN, LLP**<br>Attorneys for Defendant<br>**VILLAGER CONSTRUCTION, INC.**<br>292 Madison Avenue, 11th Floor<br>New York, New York 10017<br>Attn: Shelley R. Halber, Esq.<br>E-mail: shalber@rubinfiorella.com | **JAMES G. BILELLO & ASSOCIATES**<br>Attorneys for Defendant<br>**MAX ITZKOWITZ**<br>875 Merrick Avenue<br>Westbury, New York 11590<br>Attn: John Kondulis, Esq.<br>E-mail: jkondulis@geico.com |
| **LEWIS JOHS AVALLONE AVILES, LLP**<br>Attorneys for Defendant<br>**MADISON TITLE AGENCY, LLC**<br>425 Broadhollow Road, Suite 400<br>Melville, New York 11747-4712<br>Attn: Scott Eisenberg, Esq.<br>E-mail: speisenberg@lewisjohs.com | |

THE LAW FIRM OF ALLEN L. ROTHENBERG

By: _____
Harry Rothenberg, Esq. (HR6795)
**Attorneys for Defendants**
**M.I., Y.I., B.I., A.I. and J.I, Infants by their Mother and Natural Guardian, SHERON ITZKOWITZ** and
**SHERON ITZKOWITZ, Individually**
450 Seventh Avenue, Eleventh Floor
New York, New York 10123
(212) 563-0100
E-mail: harry@injurylawyer.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE, COMPANY,<br><br>       Plaintiff,<br><br> -against-<br><br>M.I., Y.I., B.I., A.I., and J.I., Infants by their Mother and National Guardian, SHERON ITZKOWITZ, SHERON ITZKOWITZ, Individually, A.C., M.C. and A.C., Infants by their Mother and Natural Guardian, BLEEME COMPTON and BLEEME COMPTON, Individually, A.H., an Infant by his Father and Natural Guardian, YOSEF HERSHKOWITZ, and YOSEF HERSHKOWITZ, Individually, THE NEW YORK STATE THRUWAY AUTHORITY CORPORATION, AMY LYNN SIMON, d/b/a STONEY RIDGE TOP SOIL, AMY L. SIMON-HOEY, JOHN S. HOEY, VILLAGER CONSTRUCTION, INC., MAX ITZKOWITZ, YOSEF D. COMPTON, and MADISON TITLE AGENCY, LLC,<br><br>       Defendants. | Case No.: 1:12-CV-00345 (ILG)(CLP) |

**APPEARANCE OF COUNSEL**

**The Law Firm of Allen L. Rothenberg**
*Attorneys for ITZKOWITZ DEFENDANTS*
*Office and Post Office Address, Telephone*
450 Seventh Avenue
Eleventh Floor
New York, New York 10123
(212) 563-0100

"WE DO NOT ACCEPT SERVICE BY ELECTRONIC TRANSMISSION (FAX)"

*Dated:*
*TO:*

                   *The Law Firm of Allen L. Rothenberg*
                          *Attorney for Plaintiff(s)*
                   *450 Seventh Avenue, Eleventh Floor*
                       *New York, New York 10123*
                            *(212) 563-0100*