# MELITO & ADOLFSEN P.C.

### ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| LOUIS G. ADOLFSEN<br>IGNATIUS JOHN MELITO<br>JOHN W. SOMOZA | S. DWIGHT STEPHENS °<br>STEVEN I. LEWBEL * | WOOLWORTH BUILDING<br>233 BROADWAY<br>NEW YORK, N.Y. 10279-0118 | MELITO & ADOLFSEN<br>2500 PLAZA 5<br>HARBORSIDE FINANCIAL CENTER<br>JERSEY CITY, N.J. 07311<br>TEL (201) 985-0011<br>FAX (201) 985-9656 |
| MICHAEL H. BAZZI *<br>ROBERT D. ELY | MICHAEL P. HILFERTY *<br>MICHAEL P. PANAYOTOU<br>KIRA TSIRING | TELEPHONE (212) 238-8900<br>FAX (212) 238-8999 | |

* NJ BAR
° CT BAR

December 12, 2012

**<u>Via E-Filing and Fax (718) 613-2365</u>**

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East – Room 1230
Brooklyn, NY 11201

    Re: *National Liability & Fire Ins. Co. v. Mayer Itzkowitz et al.*
       Case No.:  CV 12-345 (ILG/CLP)
       Our File No.:  1420/17

Dear Magistrate Pollak:

  We represent Plaintiff National Liability & Fire Insurance Company in the captioned interpleader action. When the parties appeared for a status conference today, the Court scheduled the next conference for March 21, 2013. After conferring with all counsel, we request that the Court please reschedule the conference for April 4, 2013 because I will be out of the state the week that includes March 21st and Passover is March 26-April 2.

              Respectfully submitted,

              S. Dwight Stephens

cc: All counsel (via e-filing and email)

97813

Request Granted.
Conference Adjourned to:
 **4/4 at 1000**
/s/ CHERYL L. POLLAK 12/13/12
United States Magistrate Judge
SO ORDERED.